Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (215) 540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

JS-6

Jeffrey J. Carlson (60752)
J. Grace Felipe (190893)
Carlson & Messer, LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
CarlsonJ@cmtlaw.com
FelipeG@cmtlaw.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVE LIMA,** | ) Case No. 2:15-cv-06173-PA-AJW |
| | ) |
| **Plaintiff,** | ) **ORDER TO DISMISS WITH** |
| | ) **PREJUDICE** |
| v. | ) |
| | ) |
| **IQ DATA INTERNATIONAL, INC.,** | ) |
| **Defendant.** | ) |
| | ) |
| | ) |

## **ORDER**

AND NOW, this 3rd day of June 2016, upon consideration of the Joint Stipulation for Dismissal of Action With Prejudice, it is hereby

1 **ORDERED** and **DECREED** that this case is dismissed with prejudice, each party

2 to bear it own costs.

5 Dated: June 3, 2016

_____
The Honorable Percy Anderson
United States District Judge